IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANDREW SIEBERT,<br><br>     Petitioner,<br><br>v.<br><br>RODNEY W. CHANDLER, Warden,<br>FCI-Fort Worth,<br><br>     Respondent. | §<br>§<br>§<br>§<br>§<br>§    Civil Action No. 4:13-cv-825-O<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

In this action brought by petitioner Andrew Siebert under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 6, 2014; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 26, 2014.

The Court, after **de novo** review, concludes that the Petitioner's objections are overruled, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, it is **ORDERED** that the findings, conclusions, and recommendation of the magistrate judge are **ADOPTED**.  It is further **ORDERED** that Andrew Siebert's petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED**.

**SO ORDERED** this **28th day of February, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE